Vacated and Remanded and Memorandum Opinion filed May 8, 2008








Vacated
and Remanded and Memorandum Opinion filed May 8, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00848-CV

____________

 

THOMAS HAYES, IV,
Appellant

 

V.

 

COMMISSION FOR LAWYER DISCIPLINE, Appellee

 



 

On Appeal from the 281st District
Court

Harris County, Texas

Trial Court Cause No.
2006-15324

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 10,
2007.

On April
9, 2008,  the parties filed a joint motion to set aside or vacate the
judgment and remand the cause to the trial court for rendition of judgment in
accordance with the parties= settlement agreement.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
we vacate the judgment signed September 10, 2007, and we remand the cause to
the trial court for rendition of judgment in accordance with the parties= agreement.








PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed May 8,
2008.

Panel consists of Justices Yates, Anderson, and Brown.